IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-449-JLK**

**PATRICIA F. SIMMONS,**

    Plaintiff,

v.

**SYKES ENTERPRISES, INCORPORATED, a Florida corporation,**

    Defendant.

## ORDER

Kane, J

    This matter is before me on Plaintiff's Motion to Amend Complaint (Doc. #18), filed August 14, 2008. Having carefully considered the Motion, Defendant's response, Plaintiff's reply, and all applicable legal authorities, and being fully advised in the premises, I GRANT Plaintiff's Motion. Plaintiff's Amended Complaint, as submitted on August 14, 2008, is accepted as filed.

    If Defendant wants to take a supplemental deposition of Plaintiff, it may do so, but not at Plaintiff's expense.

    IT IS SO ORDERED.

    Dated this 12th day of September, 2008.

                                                  s/ John L. Kane
                                                  John L. Kane, Senior District Judge
                                                  United States District Court