IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-00449-JLK**

**PATRICIA F. SIMMONS,**

    Plaintiff,

v.

**SYKES ENTERPRISES, INCORPORATED, a Florida corporation,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

In light of the parties' resolution of the issues raised by Plaintiff's Motion for Clarification (Doc. #34), that Motion is denied as moot. The parties should be aware, however, that information deemed confidential by one or both of the parties will be accepted for filing under seal only upon court order, following a motion and showing by the moving party or parties that meets the standards stated in Paragraph 11 of the Stipulation and Protective Order (Doc. #29) and D.C.COLO.LCivR 7.2. *See also* D.C.COLO.LCivR 7.3 (process for filing motions to seal).

Plaintiff's Unopposed Motion for Extension of Time (included in Doc. #34) is granted. Plaintiff's response to Defendant's Motion for Summary Judgment (Doc. #30) is due on or before February 25, 2009. Defendant shall file its reply on or before March 12, 2009.

Dated: February 11, 2009